IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MILES GRIGGS,

   Plaintiff,

  v.

SHERIFF E.J. LEVETT, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:18-CV-3361-TWT

**ORDER**

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 4] of the Magistrate Judge recommending dismissing the action without prejudice for failure to file a proper Application to Proceed in Forma Pauperis and failure to comply with an Order of the Court. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 19 day of October, 2018.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge